UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSE ANDERSON,<br><br>                              Plaintiff,<br><br>     v.<br><br>NEVADA DEPARTMENT OF PUBLIC SAFETY OFFICER MARC CHAMBERS, et. al.<br><br>                              Defendants. | Case No. 3:16-cv-00460-MMD-WGC<br><br>**ORDER**<br><br>Re: ECF No. 9 |

On November 1, 2016, Plaintiff filed a Motion and request for a Court Order and for a 90 day stay and order sending this case to the inmate early mediation program. (ECF No. 9.) The District of Nevada's inmate early mediation program is for claims by inmates under 42 U.S.C. § 1983 against Nevada Department of Corrections (NDOC) officials and employees concerning conditions of confinement at one of NDOC's facilities. Plaintiff has stated claims against State Public Safety Parole Officer Marc Chambers; therefore, his lawsuit is not eligible to participate in the inmate early mediation program. Therefore, Plaintiff's motion (ECF No. 9) is **DENIED**; however, once service is accomplished (which will be addressed in a separate order), Plaintiff is encouraged to contact Defendant Chambers' attorney to engage in informal settlement negotiations.

DATED: November 2, 2016.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE