UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JESSE ANDERSON, | ) | 3:16-cv-00460-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 7, 2016 |
| | ) | |
| NEVADA DEPARTMENT OF PUBLIC SAFETY OFFICER MARC CHAMBERS, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the Court is Plaintiff's Motion and Request for Short Expedited Trial Date in Lieu of USDC Form 4A (ECF No. 23). The District Court form to which Plaintiff refers, 4A, was abrogated in December 2015. Rule 4 of the Federal Rules of Civil Procedure addresses service of process (as did former Form 4), not accelerated trial dates.

However, the Court interprets Plaintiff's motion as expressing an interest in expediting his trial date. If so, Plaintiff's attention is directed to docket no. 22, Notices Regarding Consent for Disposition by the Magistrate Judge and/or Consent to the Short Trial Program. Plaintiff may wish to consult with Deputy Attorney General Nathan Hastings regarding whether Defendant wishes to pursue either or both options.

Unless this case is referred to the Court's Short Trial Program, or the parties consent to the Magistrate Judge disposition, under the Scheduling Order, the Joint Pretrial Order is not due until, the earliest, of thirty days after completion of discovery (ECF No. 21). To that extent, therefore, Plaintiff's motion is premature.

Plaintiff's Motion for Short Expedited Trial Date in Lieu of USDC Form 4A (ECF No. 23) is **DENIED** as moot.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By: _____/s/_____
Deputy Clerk